UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATHANIEL OLSON and CHRISTOPHER W. HESSE,

    Plaintiffs,

    v.

SPRINT SPECTRUM L.P. and SPRINT NEXTEL CORPORATION,

    Defendants.

Case No. C06-592JCC

TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFFS NATHANIEL OLSON and CHRISTOPHER W. HESSE , and on behalf of DEFENDANT SPRINT SPECTRUM L.P. in the amount of $6,189.45 and against PLAINTIFFS NATHANIEL OLSON and CHRISTOPHER W. HESSE, and on behalf of DEFENDANT SPRINT NEXTEL CORPORATION in the amount of $1,113.00 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  PRO HOC VICE FEES | $875.00 | $875.00 | 0 |

Pro Hoc Vice fees are not taxable costs.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| II.  DEPOSITION COSTS | $5,997.45 | 0 | $5,997.45 |

All deposition costs requested by defendants were allowed.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III.  COPY COSTS | $4,775.36 | $3,820.36 | $955.00 |

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|

Costs for copying of materials was requested by defendant Sprint Spectrum L.P. Only cost for copying of materials directly related to motions leading to dismissal are allowed. Clerk determined that 20% of the total request reasonable represents copying directly associated with the dismissal.

| IV. FILING FEE | $350.00 | 0 | $350.00 |

Dated this ____17th____ day of APRIL, 2008 .

*[signature]*

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2